UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARIA PUERTA,**

          **Plaintiff,**

**v.**                                    **Case No:  6:18-cv-2091-Orl-41GJK**

**DIVERSIFIED I, LLC and LAILA
SABRY,**

          **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion to Dismiss (Doc. 30). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 36), recommending that the Motion to Dismiss be granted. After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss (Doc. 30) is **GRANTED**.

3. Count IV of the Amended Complaint is **DISMISSED**.

**DONE** and **ORDERED** in Orlando, Florida on November 4, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record