UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARIA PUERTA,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No: 6:18-cv-2091-Orl-41GJK**

**DIVERSIFIED I, LLC and LAILA SABRY,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Conditionally Certify FLSA Collective Action ("Motion," Doc. 29). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 38), in which he recommends granting in part and denying in part the Motion. After a de novo review of the record, and noting that Plaintiffs filed a Notice of Non-Objection (Doc. 40) on November 25, 2019, and the time has elapsed for Defendants to file an objection, the Court agrees with the analysis in the Report and Recommendation.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 38) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Conditionally Certify FLSA Collective Action ("Motion," Doc. 29) is **GRANTED in part** and **DENIED in part**.

3. The following class is **CONDITIONALLY CERTIFIED**:

    a. hourly and/or flat rate employees who worked as drivers for the Defendants at any time in the three years prior to December 5, 2018.

4. Plaintiff's counsel, Bobby Allen Lean, Jr. and Carlos V. Leach, are appointed class counsel.

5. **On or before January 16, 2020**, Defendants shall provide Plaintiff with the names, addresses, and email addresses for everyone in the class.

6. **On or before January 30, 2020**, Plaintiff shall mail a Notice to potential members of the class in the form provided in Docket Entry 29-5, with the revisions described in the Report and Recommendation, and the Consent to Become Class Member Pursuant to 29 U.S.C. § 216(b), in the form provided in Docket Entry 29-6.

7. Potential class members shall be given forty-five days from the date of the Notice to opt-in and file a Consent.

8. Plaintiff shall be permitted to post the Notice at Defendant Diversified I LLC's facilities.

9. The Motion is **DENIED** in all other respects.

**DONE** and **ORDERED** in Orlando, Florida on January 2, 2020.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record