UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARIA PUERTA,**

      **Plaintiff,**

v.                                                                    Case No:  6:18-cv-2091-Orl-41GJK

**DIVERSIFIED I, LLC and LAILA SABRY,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Approval of Parties' Settlement Agreement and Dismissal With Prejudice (Doc. 62). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 63), recommending that the Motion be granted in part.

After a *de novo* review of the record, and noting that the parties filed a Joint Notice of Non-Objection (Doc. 64), this Court agrees with the analysis in the Report and Recommendation. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 63) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 62) is **GRANTED in part** and **DENIED in part** as set forth in the Report and Recommendation.

3. The Settlement Agreement (Doc. 62-1) is **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 2, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record